UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| JENNIFER R. BRITTON,                 | : | CASE NO. 1:18-cv-39      |
| Plaintiff,                           | : | OPINION & ORDER          |
|                                      | : | [Resolving Doc. 1]       |
| vs.                                  | : |                          |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : |                          |
| Defendant.                           | : |                          |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 5, 2018, Plaintiff Jennifer Britton filed a complaint seeking judicial review of Defendant Social Security Commissioner's decision to deny her Period of Disability, Disability Insurance Benefits, and Supplemental Security Income applications.[1] On December 17, 2018, Magistrate Judge David A. Ruiz recommended that the Court affirm the Commissioner's final decision.[2]

Any objections to Magistrate Judge Ruiz's Report and Recommendation ("R&R") were originally due by December 31, 2018, but extended to January 30, 2019 due to the government shutdown. Plaintiff Britton stated she will not file objections.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have objected.[4] Absent objection, a

---

[1] Doc. 1. Plaintiff and Defendant file merits briefs. Docs. 12, 13. Plaintiff replies to Defendant's brief. Doc. 14.
[2] Doc. 15.
[3] Doc. 16.
[4] 28 U.S.C. § 636(b)(1).

district court may adopt the R&R without review.[5] Because no party has objected to the R&R, this Court may adopt the R&R without further review. Moreover, having conducted its own review of the record, the Court agrees with the conclusions in the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: January 31, 2019                    *s/       James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE

---

[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).